COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-19-00226-CV

Style:     Sheri  Griffith v. The Kroger Co.

Date motion filed:     June 7, 2019

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee


Appelle has objected to mediation.  The Court's mediation order dated May 28, 2019 is withdrawn.

Judge's signature: /s/ Laura C. Higley
                    Acting individually


Date:   June 17, 2019

*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).